# GLASS KRAKOWER LLP
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership

20 BROADWAY, SUITE 1
VALHALLA, NY 10595

169 SOUTH MAIN STREET, # 321
NEW CITY, NY 10956

877-7GK-FIRM
914-831-1386
FAX NO. 845-510-2219

E-mail: tk@glasskrakower.com

*Todd J. Krakower*
Partner

June 7, 2010

<u>*Via ECF*</u>

**Judge Brian M. Cogan**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Andrej Zun v. Midboro Management, et al.*, 10 cv 1868 (BMC)

Dear Judge Cogan:

    This firm represents Andrej Zun, the Plaintiff in the above-captioned matter. Through a filing error, this matter was filed in the Eastern District of New York instead of the Southern District of New York. While Plaintiff is a resident of the Eastern District, Venue is proper in the Southern District of New York because Defendants conduct business in the Southern District, and the acts and/or omissions giving rise to the claims herein alleged took place in the Southern District. Accordingly, we respectfully request that venue be transferred to the Southern District of New York pursuant to 28 U.S.C. § 1404.

    We have discussed this matter with Jon Kolbrener, Esq., of Braveman and Associates, counsel for Defendants. Mr. Kolbrener has indicated that Defendants do not oppose this motion for a change of venue. Pursuant to the Individual Practices of Brian M. Cogan, dated January 2009, we have electronically filed this letter with the Court and simultaneously delivered a copy to counsel for Defendants via e-mail.

    We further respectfully request that if the motion for a change of venue is granted, that the preliminary conference, scheduled for June 14, 2010, be cancelled.

    We apologize for any inconvenience caused to the Court and to opposing counsel.

Respectfully,

Todd Krakower

cc:   Jon Kolbrener, Esq., counsel for Defendants